**EXHIBIT 2:** INFRINGEMENT
URL: https://www.jovani.com/celebrity-dresses/demi-lovato-wears-jovani-to-perform-on-good-morning-america

